1148

No. 99–312. NORFOLK SOUTHERN RAILWAY CO. *v.* SHANKLIN, INDIVIDUALLY AND AS NEXT FRIEND OF SHANKLIN. C. A. 6th Cir. [Certiorari granted, *ante*, p. 949.] Motion of Kansas for leave to participate in oral argument as *amicus curiae* denied.

No. 99–6675. SIMS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. In light of the recent amendments to § 922.10 of the Florida Statutes (providing that capital prisoners will be executed by lethal injection unless they affirmatively elect execution by electrocution), and the Florida Supreme Court's recent conclusion that those amendments do not violate Art. X, § 9, of the Florida Constitution, *Sims* v. *State*, 754 So. 2d 657 (2000), certiorari denied.

FEBRUARY 22, 2000

No. 98–978. BRAY *v.* SHRINK MISSOURI GOVERNMENT PAC ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Nixon* v. *Shrink Missouri Government PAC*, *ante*, p. 377.

No. 99–7396. PIZZO *v.* LOUISIANA. Ct. App. La., 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 99–7476. STEELE *v.* CALIFORNIA DEPARTMENT OF SOCIAL SERVICES ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 99–7492. ABIDEKUN *v.* DEPARTMENT OF EDUCATION. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.